JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **480** -- **In re Professional Air Traffic Controllers Organization**
                          (PATCO) Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/08/13 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- Defendant Professional Air Traffic Controllers Organization (PATCO) SUGGESTED TRANSFEREE DISTRICT: D. District of Columbia SUGGESTED TRANSFEREE JUDGE: (cds) |
| 81/08/24 | | APPEARANCES -- Dennis G. Linder, Director, Fed. Prg. Branch, Dept. of Justice for United States of America and Richard J. Leighton, Esq. for Professional Air Traffic Controllers Org. (Patco), et al. (eaf) |
| 81/08/26 | | HEARING ORDER -- Setting motion of PATCO for transfer of ac actions for hearing on Sep. 24, 1981, in Concord, New Hampshire. Notified involved counsel, clerks & judges. (rew) |
| 81/08/28 | 2 | RESPONSE -- U.S.A. -- w/attachments and cert. of serv. cds |
| 81/08/31 | 3 | AMENDED MOTION, CORRECTED SCHEDULE A, AMENDED SCHEDULE A -- PATCO -- w/cert. of service (cds) |
| 81/09/04 | | AMENDMENT TO HEARING ORDER -- Correcting and amending schedule of actions to be included on PATCO's motion -- NOTIFIED INVOLVED JUDGES, CLERKS & COUNSEL (cds) |
| 81/09/04 | 4 | REPLY IN OPPOSITION TO MOTION TO TRANSFER -- w/cert. of svc. and attachments 1 thru 4 -- Defendant Professional Air Traffic Controllers Organization (PATCO) (ds) |
| 81/09/17 | | HEARING APPEARANCES for hearing set for 9/24/81 -- Richard J. Leighton, Esq. for PATCO, et al., Dennis G. Linder for U.S.A. (ds) |
| 81/09/21 | 5 | MOTION TO INCLUDE ADDITIONAL ACTIONS -- PATCO -- w/cert. of svc. (emh) |
| 81/10/20 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. _480_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 9/24/81 | Oct. 20, 1981 | MO | Unpublished | §1407 DENIED | | |

## Special Transferee Information

DATE CLOSED: Oct. 20, 1981

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __480__ -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | U.S.A. v. PATCO, et al. | M.D.Ala Varner | 81-401-N | ✓ | | | |
| A-2 | U.S.A. v. PATCO, et al. | N.D.Ala | 81-5249-NE | | | | |
| A-3 | U.S.A. v. PATCO, et al. | N.D.Ala | 81-M-1194-W | | | | |
| A-4 | U.S.A. v. PATCO, et al. | N.D.Ala | 81-M-5249NE | ✓ | | | |
| A-5 | U.S.A. v. PATCO, et al. | N.D.Ala | CV-81-M-1193-S | | | | |
| A-6 | U.S.A. v. PATCO, et al. | D.Ariz. Muecke | CIV-81-920-PHX-CAM | | | | |
| A-7 | U.S.A. v. PATCO, et al. | D.Ariz. Marquez | CIV-81-347 | | | | |
| A-8 | U.S.A. v. PATCO, et al. | E.D.Ark Howard | LR-C-81-520 ✓ | | | | |
| A-9 | U.S.A. v. PATCO, et al. | N.D.Cal | C-81-3191-MHP | | | dismissed | |
| A-10 | U.S.A. v. PATCO, et al. | E.D.Cal Ramirez | CIV-S-81-503-RAR | | | | |
| A-11 | U.S.A. v. PATCO, et al. | C.D.Cal Waters | CV-81-3895-LF | | | | |
| A-12 | U.S.A. v. PATCO, et al. | S.D.Cal Schwartz | CV 81-0719-S(H) ✓ | | | | |

JBML FORM 1 -- Continuation    ⓔ

DOCKET NO. _480_ -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | U.S.A. v. PATCO, et al. | D.Colo. (Denver) | 81-W-1352 | | | | |
| A-14 | U.S.A. v. PATCO, et al. | D.Conn. Burns' | B-81-354 | | | | |
| A-15 | U.S.A. v. PATCO, et al. | D.D.C. Greene | 81-1805 | | | | |
| A-16 | U.S.A. v. PATCO, et al. | M.D.Fla | 81-724-CIV-T-GC | | | | |
| A-17 | U.S.A. v. PATCO, et al. | M.D.Fla | 81-769-CIV-J-M | | | | |
| A-18 | U.S.A. v. PATCO, et al. | M.D.Fla | 81-770-CIV-J-M | | | | |
| A-19 | U.S.A. v. PATCO, et al. | S.D.Fla | 81-1678-CIV-SMA | | | | |
| A-20 | U.S.A. v. PATCO, et al. | N.D.Ga. | 81-629B | | | | |
| A-21 | U.S.A. v. PATCO, et al. | N.D.Ga. | C-81-1447A | | | | |
| A-22 | U.S.A. v. PATCO, et al. | S.D.Ga. | 81-179 | | | | |
| A-23 | U.S.A. v. PATCO, et al. | S.D.Ga. Elliot | 81-83-COL | | | | |
| A-24 | U.S.A. v. PATCO, et al. | D.Haw. King | 81-0273 | | | | |
| A-25 | U.S.A. v. PATCO, et al. | D.Idaho Lacey | CIV-81-1259 | | | | |
| A-26 | U.S.A. v. PATCO, et al. | N.D.Ill Aspen | 81-C-4371 | | | | |

DOCKET NO. ___480___ -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| 27 A-27 | U.S.A. v. PATCO, et al. | S.D.Ill | CA-5204 | | | 7-28 | |
| A-28 | U.S.A. v. PATCO, et al. | S.D.Ill | CIV-81-5204 | | | | |
| A-29 | U.S.A. v. PATCO, et al. | C.D.Ill | 81-1129 | | | | |
| A-30 | U.S.A. v. PATCO, et al. | N.D.Ind | F-81-208 | | | | |
| A-31 | U.S.A. v. PATCO, et al. | N.D.Ind | S-81-0251 | | | | |
| A-32 | U.S.A. v. PATCO, et al. | S.D.Ind | IP-81-821-C | | | | |
| A-33 | U.S.A. v. PATCO, et al. | S.D.Iow Vietor | CIV-2-363-B | | | | |
| A-34 | U.S.A. v. PATCO, et al. | W.D.Ky. | 81-0476-L(B) | | | | |
| A-35 | U.S.A. v. PATCO, et al. | E.D.Ky. | 81-80 | | | | |
| A-36 | U.S.A. v. PATCO, et al. | E.D.La. Beer | CIV-3141 | | | | |
| A-37 | U.S.A. v. PATCO, et al. | E.D.La. Beer | CIV-3171 | | | | |
| A-38 | U.S.A. v. PATCO, et al. | M.D.La. | 81-629-B | | | | |
| A-39 | U.S.A. v,. PATCO, et al. | D.Md. Young | Y-81-1946 | | | | |
| A-40 | U.S.A. v. PATCO, et al. | D.Mass. Keeton | 81-1967-MC | | | | |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 4

DOCKET NO. 480 -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-41 | U.S.A. v. PATCO, et al. | E.D.Mic Cohn | 81-72699 | | | | |
| A-42 | U.S.A. v. PATCO, et al. | E.D.Mic | 81-0921-C(1) | | | | |
| A-43 | U.S.A. v. PATCO, et al. | D.Minn. Lord | 4-81-470 | | | | |
| A-44 | U.S.A. v. PATCO, et al. | N.D.Mis | GC-81-151-25-0 | | | | |
| A-45 | U.S.A. v. PATCO, et al. | S.D.Mis Russell | 81-0370-R | | | | |
| A-46 | U.S.A. v. PATCO, et al. | W.D.Mo. | 81-0658-CV-W-1 | | | dism. | |
| A-47 | U.S.A. v. PATCO, et al. | W.D.Mo. | 81-0656-CV-W-5 | | | dism. | |
| A-48 | U.S.A. v. PATCO, et al. | E.D.Mo. | 81-0926 (1) | | | | |
| A-49 | U.S.A. v. PATCO, et al. | E.D.Mo. | 81-5204 | | | | |
| A-50 | U.S.A. v. PATCO, et al. | D.Nev. Claiborne | CV-LV-81-515-HEC | | | | |
| A-51 | U.S.A. v. PATCO, et al. | D.N.H. Devine | C-81-385-D | | | | |
| A-52 | U.S.A. v. PATCO, et al. | D.N.H. Devine | C-81-386-D | | | | |
| A-53 | U.S.A. v. PATCO, et al. | D.N.J. Meanor | 81-2679 | | | | |

DOCKET NO. 480 -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-54 | U.S.A. v. PATCO, et al. | D.N.Mex | 81-0621-14B | HB ✓ | | | |
| A-55 | U.S.A. v. PATCO, et al. | E.D.N.Y Platt | CV-81-2512 | | | | |
| A-56 | U.S.A. v. PATCO, et al. | W.D.N.Y | 81-0-402 | | | | |
| A-57 | U.S.A. v. PATCO, et al. | W.D.N.Y | 81-649-E ✓ | | | | |
| A-58 | U.S.A. v. PATCO, et al. | D.N.D. Benson | A381-122 | | | | |
| A-59 | U.S.A. v. PATCO, et al. | N.D.Oh Krupansky | C-81-1595 | | | | |
| A-60 | U.S.A. v. PATCO, et al. | N.D.Ok. Ellison | 81-C-401-E ✓ | | | | |
| A-61 | U.S.A. v. PATCO, et al. | W.D.Ok. | CIV-81-1032T ✓ | | | | |
| A-62 | U.S.A. v. PATCO, et al. | D.Oreg. | 81-715 ✓ | | | | |
| A-63 | U.S.A. v. PATCO, et al. | E.D.Pa. | 81-3093 ✓ | | | | |
| A-64 | U.S.A. v. PATCO, et al. | W.D.Pa. Diamond | 81-1288 H ✓ | | | | |
| A-65 | U.S.A. v. PATCO, et al. | D.P.R. | 81-1464 | | | | |
| A-66 | U.S.A. v. PATCO, et al. | D.S.C. Humphrey | C-81-1645-95 ✓ | | | | |
| A-67 | U.S.A. v. PATCO, et al. | D.S.D. Nichol | 81-456 | | | | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 480 -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-68 | U.S.A. v. PATCO, et al. | E.D.Ten Taylor | 3-81-400 | | | | |
| A-69 | U.S.A. v. PATCO, et al. | M.D.Ten | 81-3527-M | | | | |
| A-70 | U.S.A. v. PATCO, et al. | W.D.Ten Wellford | 81-2649-W | | | | |
| A-71 | U.S.A. v. PATCO, et al. | N.D.Tex | CA-4-81-405-K | | | | |
| A-72 | U.S.A. v. PATCO, et al. | N.D.Tex | CA-3-81-1333-C | | | | |
| A-73 | U.S.A. v. PATCO, et al. | E.D.Tex Justice | TY-81-285-CA | | | | |
| A-74 | U.S.A. v. PATCO, et al. | W.D.Tex Sessions | 81-CA-399 | | | | |
| A-75 | U.S.A. v. PATCO, et al. | S.D.Tex Singleton | H-81-1940 | | | | |
| A-76 | U.S.A. v. PATCO, et al. | D.Utah Anderson | 81-0561-A | | | | |
| A-77 | U.S.A. v. PATCO, et al. | D.Vt. Coffrin | 81-254 | | | | |
| A-78 | U.S.A. v. PATCO, et al. | E.D.Va. Lewis | 81-0763-A | | | | |
| A-79 | U.S.A. v. PATCO, et al. | W.D.Va. Rothstein | 81-953 | | | | |
| A-80 | U.S.A. v. PATCO, et al. | W.D.Va. Turk | 81-0242 | | | | |

Continuation

DOCKET NO. __480__ -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-81 | U.S.A. v. PATCO, et al. | W.D.Was Rothstein | 81-953-R | | | | |
| A-82 | U.S.A. v. PATCO, et al. | E.D.Was | 81-464-RJM | | | | |
| A-83 | U.S.A. v. PATCO, et al. | S.D.W.V Knapp | 81-2278 | | | | |
| A-84 | U.S.A. v. PATCO, et al. | E.D.Wis | 81-C-1013 | | | | |
| A-85 | U.S.A. v. PATCO, et al. | W.D.Wis Crabb | 81-C-524 | | | | |
| A-86 | U.S.A. v. PATCO, et al. | D.Alaska von der Heydt | A-81-371 | | | | |
| A-87 | U.S.A. v. PATCO, et al. | D.D.C. Greene | 81-1806 | | | | |
| A-88 | U.S.A. v. PATCO, et al. | D.Del. Schwartz | 81-346 | | | | |
| A-89 | U.S.A. v. PATCO, et al. | N.D.Fla. Stafford | TCA 81-0941 | | | | |
| A-90 | U.S.A. v. PATCO, et al. | N.D.Fla. Stafford | MCA 81-0243 | | | | |
| A-91 | U.S.A. v. PATCO, et al. | N.D.Fla. Stafford | GCA 81-0048 | | | | |
| A-92 | U.S.A. v. PATCO, et al. | N.D.Fla. Stafford | PCA 81-0529 | | | | |
| A-93 | U.S.A. v. PATCO, et al. | D.Guam | 81-0058 | | | | |
| A-94 | U.S.A. v. PATCO, et al. | N.D.Iowa | 81-82 | | | | |

JBML FORM 1 -- Continuation   ®

DOCKET NO. 480 -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-95 | U.S.A. v. PATCO, et al. | D.Kansas Saffels | 81-4169 | | | | |
| A-96 | U.S.A. v. PATCO, et al. | D.Maine | 81-0279 | | | | |
| A-97 | U.S.A. v. PATCO, et al. | D.Neb. Robinson | 81-0-402 | | | | |
| A-98 | U.S.A. v. PATCO, et al. | D.Nev. | R-81-187-BRT | | | | |
| A-99 | U.S.A. v. PATCO, et al. | S.D.N.Y. Lasker | 81 CIV 4792 | | | | |
| A-100 | U.S.A. v. PATCO, et al. | E.D.N.C. Dupree | 81-566-CIV-5 | | | | |
| A-101 | U.S.A. v. PATCO, et al. | M.D.N.C. Erwin | C-81-393-G | | | | |
| A-102 | U.S.A. v. PATCO, et al. | M.D.N.C. Erwin | C-81-394-WS | | | | |
| A-103 | U.S.A. v. PATCO, et al. | M.D.Pa. Nealon | 81-0913 | | | | |
| A-104 | U.S.A. v. PATCO, et al. | D. R.I. | 81-0486-P | | | | |
| A-105 | U.S.A. v. PATCO, et al. | N.D.Tex. | 5-81-116 | | | | |
| A-106 | U.S.A. v. PATCO, et al. | N.D.W.Va. | 81-0253-E | | | | |
| A-107 | U.A.A. v. PATCO, et al. | D.Wyo. | 81-W-1352 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-108 | U.S.A. v. PATCO, et al. | W.D.La | 81-1409 | | | | |
| A-109 | U.S.A. v. PATCO, et al. | W.D.La | 81-1410 | | | | |
| A-110 | U.S.A. v. PATCO, et al. | N.D.N.Y. | 81-CV-794 | | | | |
| A-111 | U.S.A. v. PATCO, et al. | N.D.N.Y. Krupansky | 81-1694Y | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 480 -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION

(PATCO) LITIGATION

| UNITED STATES OF AMERICA (PLTFS) | PROFESSIONAL AIR TRAFFIC CONTROLLERS |
|---|---|
| Dennis G. Linder, Esq. | ORGANIZATION (PATCO), ET AL. (DEFTS.) |
| Director, Federal Programs Branch | Richard J. Leighton, Esq. |
| Civil Division, Room 3744 | Leighton, Conklin, Lemov, Jacobs |
| Department of Justice | and Buckley |
| Washington, D. C.  20530 | 2033 M Street, N. W. |
| | Suite 800 |
| | Washington, D. C.  20036 |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _480_ -- IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION
(PATCO) LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION (PATCO) | A-1 through A-85 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |