DOCKET NO. 480

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 20 1981

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION
(PATCO) LITIGATION

ORDER DENYING TRANSFER

10/20/81

Presently before the Panel is a motion, pursuant to
28 U.S.C. §1407, by the Professional Air Traffic Controllers
Organization (PATCO) to centralize in the District of the
District of Columbia for coordinated or consolidated pretrial
proceedings the 90 actions[1] listed on the attached Schedule A.

On the basis of the papers filed and the hearing held,
we find that Section 1407 transfer at the present time would
neither serve the convenience of the parties and witnesses
nor further the just and efficient conduct of the litigation.
Although we recognize that some of the actions in this litiga-
tion may share questions of fact relating to national issues,
we are not persuaded that these national issues would pre-
dominate over localized individual questions of fact present
in each action.  Furthermore, should changed circumstances
in the future inject into this litigation substantial common
questions of fact, not present in the record now before
us, any party may submit another motion, pursuant to Section
1407, for centralization of actions in this docket.

IT IS THEREFORE ORDERED that the motion for transfer
pursuant to 28 U.S.C. §1407 be, and the same hereby is,
DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

1/  PATCO's amended motion, filed on August 31, 1981, included
97 actions.  Five actions have since been dismissed, PATCO
has withdrawn one action from the scope of its motion, and
one other action has been transferred, pursuant to 28 U.S.C.
§1404(a), to the Southern District of Mississippi and con-
solidated under a single docket number with the action pending
in that district and listed on the attached Schedule A.
Accordingly, PATCO's amended motion encompasses a total
of 90 actions presently pending in federal district courts.

SCHEDULE A

MDL-480 -- In re Professional Air Traffic Controllers Organization (PATCO)
Litigation

District of the District of Columbia
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-1805
Middle District of Alabama
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-401-N
Northern District of Alabama
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-M1193S
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-M1194W
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-M5249NE
District of Alaska
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. A81-371
District of Arizona
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-920-Phx-CAM
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-347
Eastern District of Arkansas
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. LR-C-81-520
Eastern District of California
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. S-81-503-RAR
Central District of California
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CV81-3895
Southern District of California
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0719-S(H)
District of Colorado
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-W-1352
District of Connecticut
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. B-81-354
District of Delaware
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-346
Middle District of Florida
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-769-Civ-J-M
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-770-Civ-J-M
Northern District of Florida
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. TCA-81-0941
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. MCA-81-C243
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. GCA-81-0048
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. PCA-81-0529
Southern District of Florida
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-1678-Civ-SMA
Middle District of Georgia
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-83COL

-2-

Northern District of Georgia
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-1447A
Southern District of Georgia
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CV181-179
District of Guam
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0058
District of Hawaii
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0273
District of Idaho
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. Civ-81-1259
Northern District of Illinois
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81C4371
Southern District of Illinois
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. Civ 81-5204
Central District of Illinois
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-1129
Northern District of Indiana
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. F-81-208
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. S-81-0251
Southern District of Indiana
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. IP-81-821-C
Northern District of Iowa
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-82
Southern District of Iowa
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. Civ 81-363-B
District of Kansas
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-4169
Western District of Kentucky
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0476-L(B)
Eastern District of Kentucky
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-80
Eastern District of Louisiana
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CIV 81-3141
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CIV 81-3171
Middle District of Louisiana
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-629-B
District of Maine
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0279
District of Maryland
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. Y-81-1946
District of Massachusetts
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-1967-MC
Eastern District of Michigan
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-72699
District of Minnesota
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 4-81-470

-3-

Southern District of Mississippi
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. J81-0370(R)
Eastern District of Missouri
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0926-C(1)
District of Nebraska
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0-402
District of Nevada
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CV-LV-81-515-HEC
District of New Hampshire
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-385-D
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-386-D
District of New Jersey
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-2459
Eastern District of New York
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81C2512
Southern District of New York
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-CIV-4792
Western District of New York
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-649-E
Eastern District of North Carolina
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-566-CIV-5
Middle District of North Carolina
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-393-G
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-394-WS
District of North Dakota
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. A3-81-122
Northern District of Ohio
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-1595
Western District of Oklahoma
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. Civ-81-1032T
District of Oregon
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-715
Eastern District of Pennsylvania
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-3093
Middle District of Pennsylvania
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0913
Western District of Pennsylvania
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-1288H
District of Puerto Rico
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-1464
District of Rhode Island
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0486-P
District of South Carolina
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-1645-5

-4-

**District of South Dakota**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-4136
**Eastern District of Tennessee**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 3-81-400
**Western District of Tennessee**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-2649-W
**Northern District of Texas**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CA-4-81-405-K
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CA-3-81-1333-C
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. CA-5-81-116
**Eastern District of Texas**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. TY-81-285-CA
**Western District of Texas**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. SA81-CA-399
**Southern District of Texas**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. H-81-1940
**District of Utah**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0561-A
**District of Vermont**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-254
**Eastern District of Virginia**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0763-A
**Western District of Virginia**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0242-R
**Western District of Washington**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-953-R
**Eastern District of Washington**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. C-81-464-RJM
**Northern District of West Virginia**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0253-E
**Southern District of West Virginia**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-2278
**Eastern District of Wisconsin**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-C-1013
**Western District of Wisconsin**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-C-524
**District of Wyoming**
United States of America v. Professional Air Traffic Controllers
Organization, et al., C.A. No. 81-0227